LORENZO J. BOVEE et al., Respondents, *v.* ROBERT C. LOWRY, Impleaded, etc., Appellant.

(Argued January 15, 1890; decided January 31, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made the first Tuesday of January, 1887, which affirmed a judgment in favor of plaintiffs, entered upon the report of a referee.

*John S. Davenport* for appellant.

*William C. Watson* for respondents.

Agree to affirm; no opinion.
All concur except BRADLEY and HAIGHT, JJ., not sitting.
Judgment affirmed.